UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL ACTION

VERSUS                                            NO.  07-352

CRAIG JONES                                       SECTION  "N"  (5)

## ORDER AND REASONS

      Presently before the Court is a motion to vacate filed by Craig Jones pursuant to 28 U.S.C. §2255.  See Rec. Doc. 657.  Having carefully considered the parties' submissions and applicable law, **IT IS ORDERED** that Mr. Jones' motion is **DENIED** for essentially the reasons set forth in the Government's comprehensive and well-reasoned opposition memorandum (Rec. Doc. 659).

      New Orleans, Louisiana, this 4th day of June 2014.

**KURT D. ENGELHARDT**
**United States District Judge**